*BR*

*CAT 3*

**08CV1452**

# PRISONER CASE

UNITED STATES DISTRIC **JUDGE KENDALL**
NORTHERN DISTRICT OF **MAG.JUDGE DENLOW**

## Civil Cover Sheet

**Plaintiff(s):**   United States of America, ex rel   **Defendant(s):**   TERRY McCANN, et al.
MICHAEL HILL

**County of Residence:**   WILL   **County of Residence:**

**Plaintiff's Address:**   **Defendant's Attorney:**

Michael Hill
R-08259
Stateville - STV
P.O. Box 112
Joliet, IL  60434

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**   ☐ 1. U.S. Government Plaintiff   ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant   ☐ 4. Diversity

**F I L E D**
Mar 11, 2008
MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**   ☑ 1. Original Proceeding   ☐ 5. Transferred From Other District

☐ 2. Removed From State Court   ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:**   ☐ Yes   ☑ No

**Signature:** *M. Burke*   **Date:** 3/11/08