MHN

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FILED

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randlph 12th FL
Chicago, IL 60601

08-1452

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

RECEIVED

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAR

Office Of The Attorney General
Office Services

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7006 0100 0001 7313 4399

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08CV 1452

FILED

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT