**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 C 1452 |

United States of America ex rel. MICHAEL HILL, Petitioner,

vs.

TERRY MCCANN, Warden, Stateville Correctional Center, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry McCann, Respondent.

| |
|---|
| NAME (Type or print) |
| Eldad Z. Malamuth |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|           s/Eldad Z. Malamuth |
| FIRM |
| Office of the Illinois Attorney General |
| STREET ADDRESS |
| 100 West Randolph Street, 12th Floor |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275421 | (312) 814-2235 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MICHAEL HILL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 1452 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | )<br>)<br>) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

## CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2008, I presented my **Attorney Appearance Form** to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    Michael Hill
    R08259
    Stateville Correctional Center
    Route 53
    P.O. Box 112
    Joliet, Illinois 60434.

                                              LISA MADIGAN
                                              Attorney General of Illinois

                  By:    s/ Eldad Z. Malamuth
                          ELDAD Z. MALAMUTH, Bar # 6275421
                          Assistant Attorney General
                          100 West Randolph Street, 12th Floor
                          Chicago, Illinois 60601-3218
                          TELEPHONE: (312) 814-2235
                          FAX: (312) 814-2253
                          E-MAIL: emalamuth@atg.state.il.us