IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| United States of America ex rel. MICHAEL HILL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 1452 |
| TERRY MCCANN, Warden, Stateville Correctional Center, | ) ) ) | The Honorable Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

---

## MOTION FOR EXTENSION OF TIME

Respondent, TERRY MCCANN, hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from May 19, 2008, to and including June 18, 2008. An affidavit in support of this motion is attached hereto.

May 12, 2008                                    Respectfully submitted,

                                                         LISA MADIGAN
                                                        Attorney General of Illinois

                                  By:    s/ Eldad Z. Malamuth
                                                ELDAD Z. MALAMUTH, Bar # 6275421
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601-3218
                                                TELEPHONE: (312) 814-2235
                                                FAX: (312) 814-2253
                                                E-MAIL: emalamuth@atg.state.il.us

State of Illinois   )
                ) ss.
County of Cook   )

### AFFIDAVIT

ELDAD Z. MALAMUTH, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before May 19, 2008.

3. Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before May 19, 2008.

4. Petitioner signed his habeas corpus petition on March 4, 2008, and the petition was filed March 11, 2008.

5. On April 28, 2008, this Court ordered respondent to answer or otherwise plead to the petition within 20 days of the date the Order was entered on the Clerk's docket. The Order was entered on April 29, 2008.

6. I was assigned to this matter on April 30, 2008, and I immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials. Additional time also is required for the review of the response by supervisory attorneys.

7. This is respondent's first request for an extension of time in this matter.

8. This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9. Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including June 18, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2008, I presented the attached **MOTION FOR EXTENSION OF TIME and AFFIDAVIT** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

    Michael Hill
    R08259
    Stateville Correctional Center
    Route 53
    P.O. Box 112
    Joliet, Illinois 60434.

                          LISA MADIGAN
                          Attorney General of Illinois

By:    s/ Eldad Z. Malamuth
          ELDAD Z. MALAMUTH, Bar # 6275421
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois 60601-3218
          TELEPHONE: (312) 814-2235
          FAX: (312) 814-2253
          E-MAIL: emalamuth@atg.state.il.us