IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MICHAEL HILL, | )<br>)<br>) | |
|                 Petitioner, | )<br>) | |
|                 v. | )<br>) | No. 08 C 1452 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | )<br>)<br>) | The Honorable<br>Virginia M. Kendall, |
|                 Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

On May 15, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, Room 2378, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

May 12, 2008                                   Respectfully submitted,

                                                          LISA MADIGAN
                                                          Attorney General of Illinois

                                By:    s/ Eldad Z. Malamuth
                                            ELDAD Z. MALAMUTH, Bar # 6275421
                                            Assistant Attorney General
                                            100 West Randolph Street, 12th Floor
                                            Chicago, Illinois 60601-3218
                                            TELEPHONE: (312) 814-2235
                                            FAX: (312) 814-2253
                                            E-MAIL: emalamuth@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 12, 2008, I electronically filed the foregoing **NOTICE OF MOTION** as counsel for respondent in the above-captioned matter with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:


Michael Hill
R08259
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.


        LISA MADIGAN
        Attorney General of Illinois

By: s/ Eldad Z. Malamuth
   ELDAD Z. MALAMUTH, Bar # 6275421
   Assistant Attorney General
   100 West Randolph Street, 12th Floor
   Chicago, Illinois 60601-3218
   TELEPHONE: (312) 814-2235
   FAX: (312) 814-2253
   EMAIL: emalamuth@atg.state.il.us