IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MICHAEL HILL, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 1452 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

On June 25, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, Room 2319, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion for Extension of Time.

June 18, 2008                                           Respectfully submitted,

                                                        LISA MADIGAN
                                                        Attorney General of Illinois

                                           By:   s/ Eldad Z. Malamuth
                                                 ELDAD Z. MALAMUTH, Bar # 6275421
                                                 Assistant Attorney General
                                                 100 West Randolph Street, 12th Floor
                                                 Chicago, Illinois 60601-3218
                                                 TELEPHONE: (312) 814-2235
                                                 FAX: (312) 814-2253
                                                 E-MAIL: emalamuth@atg.state.il.us

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 18, 2008, I electronically filed the foregoing **NOTICE OF MOTION** as counsel for respondent in the above-captioned matter with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Michael Hill
R08259
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

           LISA MADIGAN
           Attorney General of Illinois

By:  s/ Eldad Z. Malamuth
    ELDAD Z. MALAMUTH, Bar # 6275421
    Assistant Attorney General
    100 West Randolph Street, 12th Floor
    Chicago, Illinois 60601-3218
    TELEPHONE: (312) 814-2235
    FAX: (312) 814-2253
    EMAIL: emalamuth@atg.state.il.us