IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MICHAEL HILL, | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 08 C 1452 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | )<br>)<br>) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

## MOTION TO RESET BRIEFING SCHEDULE

Respondent TERRY MCCANN moves this Court reset the briefing schedule regarding respondent's motion to dismiss so that respondent's Reply will be due September 15, 2008. In support, respondent states as follows:

1. Petitioner Michael Hill is incarcerated at the Stateville Correctional Center in Joliet, Illinois, and is identified as prisoner number R08259. Terry McCann, the warden of that facility, has custody of petitioner.

2. On March 4, 2008, petitioner mailed the instant petition for habeas relief under 28 U.S.C. § 2254(d), which was filed on March 11, 2008 and entered on March 12, 2008. Doc. 1.

3. On June 18, 2008, respondent filed a motion to dismiss the habeas petition. Doc. 13. On that same date, this Court entered a briefing schedule giving

petitioner until July 25, 2008 to file a response and respondent until August 22, 2008 to file a reply.  Doc. 15.

     4.     On August 18, 2008, petitioner mailed a response to the motion to dismiss, which was filed on August 22, 2008 and entered on August 25, 2008.  Doc. 17.  Thus, even using the August 18, 2008 date, the response was filed 24 days after the briefing schedule required.

     5.     Assuming this Court allows petitioner's filing, respondent requests an additional 24 days in which to file his reply.  Resetting the briefing schedule as described would leave the reply due on September 15, 2008.

August 25, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:    s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH, Bar # 6275421
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE:  (312) 814-2235
FAX:  (312) 814-2253
E-MAIL: emalamuth@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I certify that on August 25, 2008, I electronically filed respondent's **Motion to Reset Briefing Schedule** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed copies of this document via the United States Postal Service to the following non-CM/ECF user:

Michael Hill
R08259
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                                LISA MADIGAN
                                                Attorney General of Illinois

By:    s/ Eldad Z. Malamuth
           ELDAD Z. MALAMUTH, Bar # 6275421
           Assistant Attorney General
           100 West Randolph Street, 12th Floor
           Chicago, Illinois 60601-3218
           TELEPHONE: (312) 814-2235
           FAX: (312) 814-2253
           E-MAIL: emalamuth@atg.state.il.us