IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  MICHAEL HILL, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 1452 |
| TERRY MCCANN, Warden,<br>  Stateville Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Virginia M. Kendall, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

On September 3, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, Room 2319, or any judge sitting in her stead, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion to Reset Briefing Schedule.

August 25, 2008

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:  s/ Eldad Z. Malamuth
ELDAD Z. MALAMUTH, Bar # 6275421
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-2235
FAX: (312) 814-2253
E-MAIL: emalamuth@atg.state.il.us

**CERTIFICATE OF SERVICE**

      I certify that on August 25, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date mailed copies of this document via the United States Postal Service to the following non-CM/ECF user:

Michael Hill
R08259
Stateville Correctional Center
Route 53
P.O. Box 112
Joliet, Illinois 60434.

                                            LISA MADIGAN
                                            Attorney General of Illinois

By:    s/ Eldad Z. Malamuth
             ELDAD Z. MALAMUTH, Bar # 6275421
             Assistant Attorney General
             100 West Randolph Street, 12th Floor
             Chicago, Illinois 60601-3218
             TELEPHONE: (312) 814-2235
             FAX: (312) 814-2253
             EMAIL: emalamuth@atg.state.il.us