**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Hill

                Plaintiff,

v.                                     Case No.: 1:08–cv–01452
                                            Honorable Virginia M. Kendall

Terry McCann

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Respondent's motion to reset briefing schedule [18] is granted. Respondents are given to 9/15/2008 to file their reply.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.